# United States Court of Appeals
## For the Eighth Circuit

_____

No. 13-1170
_____

Wilma M. Pennington-Thurman

*Plaintiff - Appellant*

v.

AT & T, Inc.; Southwestern Bell Telephone Co.; Advanced Solutions, Inc.

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: May 6, 2013
Filed: July 3, 2013
[Unpublished]

_____

Before MURPHY, SMITH, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Wilma Pennington-Thurman appeals the district court's[1] preservice dismissal of her civil complaint. After careful review, we conclude that the dismissal was

_____

[1]The Honorable John A. Ross, United States District Judge for the Eastern District of Missouri.

proper for the reasons stated by the district court. <u>See</u> <u>Wedow v. City of Kansas City, Mo.</u>, 442 F.3d 661, 669 (8th Cir. 2006) (res judicata applies when there is prior judgment rendered by court of competent jurisdiction, that prior judgment was final and on merits, and it involved same cause of action and same parties or privies; res judicata bars claims that were or could have been litigated in earlier proceeding); <u>Black Clawson Co., Inc. v. Kroenert Corp.</u>, 245 F.3d 759, 763 (8th Cir. 2001) (dismissal based on settlement agreement has effect of final judgment on merits). We do not address Pennington-Thurman's constitutional challenge to the Older Workers Benefit Protection Act because it was not raised in her brief. <u>See</u> <u>Chay-Velasquez v. Ashcroft</u>, 367 F.3d 751, 756 (8th Cir. 2004). Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

_____